**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email(s):  ghayes@tysonmendes.com
            npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMIE MICHELLE LYNN MACZALA, individually,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Foreign Corporation; DOE EMPLOYEES I-V; DOE MANAGERS V-X; DOES X – XX, inclusive; and ROE CORPORATIONS I – XX, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-01542-APG-DJA<br><br>**STIPULATED DISCOVERY PLAN LIMITED TO JURISDICTIONAL ISSUES AND [PROPOSED] SCHEDULING ORDER** |

Plaintiff JAMIE MICHELLE LYNN MACZALA, ("Plaintiff") and Defendant WALMART, INC. ("Defendant") by and through their respective counsel of record, file this, their Stipulated Limited Discovery Plan Regarding Jurisdictional Discovery as requested by the Court during the September 19, 2024 hearing on Plaintiff's Motion to Remand. Per the Court's instructions, the parties hereby submit they will participate in limited discovery with regards to jurisdiction only to address the identities of the parties and the issues raised during the hearing on Plaintiff's Motion to Remand. Based on representations made by counsel for Walmart at the hearing, Walmart will serve its initial disclosures on September 19, 2024.

///

///

///

1

      The parties further agree and submit that this expedited jurisdictional discovery will be completed by October 21, 2024.

      The parties will submit a stipulation regarding jurisdiction or file any necessary motions with the Court by October 28, 2024.

| | |
|---|---|
| DATED this 19th day of September 2024 | DATED this 19th day of September 2024 |
| TYSON & MENDES LLP | BLACKBURN WIRTH, LLP |
| /s/ *Griffith H. Hayes* | /s/ *Joseph W. Guindy* |
| GRIFFITH H. HAYES<br>Nevada Bar No. 7374<br>NICHOLAS F. PSYK<br>Nevada Bar No. 15983<br>2835 St. Rose Parkway, Suite 140<br>Henderson, NV 89052<br>*Attorneys for Defendant Walmart, Inc.* | JOSEPH J. WIRTH, ESQ.<br>Nevada Bar No. 10280<br>ASH MARIE BLACKBURN, ESQ.<br>Nevada Bar No. 14712<br>JOSEPH W. GUINDY, ESQ.<br>Nevada Bar No. 15556<br>TYLER A. BIXBY, ESQ.<br>Nevada Bar No. 16679<br>6018 S. Fort Apache Road, Ste. 150<br>Las Vegas, NV 89148-5652<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/23/2024

| | |
|---|---|
| **From:** | Joey Guindy |
| **To:** | Nick Psyk |
| **Cc:** | Griffith Hayes; Heidi Brown; Lindsay Hayes; Tyler Bixby; MaczalavWalmartPRSZ12007206@blackburnwirth.filevineapp.com |
| **Subject:** | RE: Maczala v. Walmart | Discovery Plan re Jurisdiction (TM: 24-3258) |
| **Date:** | Thursday, September 19, 2024 4:12:06 PM |
| **Attachments:** | image002.png |
| | image003.png |

Thank you. You may use my e-signature.

Thanks,
Joey

**JOSEPH W. GUINDY, ESQ.**
Attorney
**BLACKBURN WIRTH, LLP**
6018 S. Fort Apache Rd. Ste. 150
Las Vegas, Nevada 89148
Tel: 702.472.7000 | Fax: 702.463.4440
guindy@blackburnwirth.com | blackburnwirth.com



**CONFIDENTIALITY NOTICE:** The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**From:** Nick Psyk <NPsyk@TysonMendes.com>
**Sent:** Thursday, September 19, 2024 3:38 PM
**To:** Joey Guindy <guindy@blackburnwirth.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Heidi Brown <HBrown@TysonMendes.com>; Lindsay Hayes <lindsay@blackburnwirth.com>; Tyler Bixby <tyler@blackburnwirth.com>; MaczalavWalmartPRSZ12007206@blackburnwirth.filevineapp.com
**Subject:** RE: Maczala v. Walmart | Discovery Plan re Jurisdiction (TM: 24-3258)

Joey,

With the understanding that Walmart will still have 30 days to respond to written discovery requests, I do not have any issues with your redlines. Please find attached a finalized draft of the discovery plan to incorporate your revisions. Please let me know if we have your permission to affix your e-signature for submission to the Court.

Thanks,



Nicholas Psyk
**Attorney**
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
**Main**: 702.724.2648
**Direct**: 725.235.7475
**Fax**:   702.410.7684
NPsyk@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Joey Guindy <guindy@blackburnwirth.com>
**Sent:** Thursday, September 19, 2024 1:41 PM
**To:** Nick Psyk <NPsyk@TysonMendes.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Heidi Brown <HBrown@TysonMendes.com>; Lindsay Hayes <lindsay@blackburnwirth.com>; Tyler Bixby <tyler@blackburnwirth.com>; MaczalavWalmartPRSZ12007206@blackburnwirth.filevineapp.com
**Subject:** RE: Maczala v. Walmart | Discovery Plan re Jurisdiction (TM: 24-3258)

Nick,

At today's hearing the Court ruled that Plaintiff may serve written discovery regarding the identities of the employees in question or may not have to at all depending on Walmart's disclosure.

Regardless, I think the October 21, 2024 deadline to complete discovery encompasses the fact that Plaintiff would still have to provide Walmart at least 30 days per Rules to respond to any requests by that date. If you want to include the last day that Plaintiff can timely serve the requests—feel free to do so.

Thanks,
Joey

JOSEPH W. GUINDY, ESQ.
Attorney
**BLACKBURN WIRTH, LLP**
6018 S. Fort Apache Rd. Ste. 150
Las Vegas, Nevada 89148
Tel: 702.472.7000 | Fax: 702.463.4440
guindy@blackburnwirth.com | blackburnwirth.com



**CONFIDENTIALITY NOTICE:** The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**From:** Nick Psyk <NPsyk@TysonMendes.com>
**Sent:** Thursday, September 19, 2024 1:35 PM
**To:** Joey Guindy <guindy@blackburnwirth.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Heidi Brown <HBrown@TysonMendes.com>; Lindsay Hayes <lindsay@blackburnwirth.com>; Tyler Bixby <tyler@blackburnwirth.com>; MaczalavWalmartPRSZ12007206@blackburnwirth.filevineapp.com
**Subject:** RE: Maczala v. Walmart | Discovery Plan re Jurisdiction (TM: 24-3258)

Joey,

My only concern with the revisions is there is no date given for when any written discovery requests will be served, so it is unclear if we will be given sufficient time to respond by October 21, 2024. Let me know your thoughts, I am also available via my direct line below to discuss.

Thanks,



Nicholas Psyk
**Attorney**
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
**Main:** 702.724.2648
**Direct:** 725.235.7475
**Fax:**   702.410.7684
NPsyk@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*

**From:** Joey Guindy <guindy@blackburnwirth.com>
**Sent:** Thursday, September 19, 2024 1:30 PM
**To:** Nick Psyk <NPsyk@TysonMendes.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Heidi Brown <HBrown@TysonMendes.com>; Lindsay Hayes <lindsay@blackburnwirth.com>; Tyler Bixby <tyler@blackburnwirth.com>; MaczalavWalmartPRSZ12007206@blackburnwirth.filevineapp.com
**Subject:** RE: Maczala v. Walmart | Discovery Plan re Jurisdiction (TM: 24-3258)

Nick,

Please see my proposed revisions to the Discovery Plan re Jurisdictional Discovery

Thanks,
Joey

**Joseph W. Guindy, Esq**.
Attorney
**BLACKBURN WIRTH, LLP**
6018 S. Fort Apache Rd. Ste. 150
Las Vegas, Nevada 89148
Tel: 702.472.7000 | Fax: 702.463.4440
guindy@blackburnwirth.com | blackburnwirth.com

**BLACKBURN WIRTH** INJURY TEAM

**Confidentiality Notice:** The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

---

**From:** Nick Psyk <NPsyk@TysonMendes.com>
**Sent:** Thursday, September 19, 2024 11:57 AM
**To:** Joey Guindy <guindy@blackburnwirth.com>
**Cc:** Griffith Hayes <ghayes@TysonMendes.com>; Heidi Brown <HBrown@TysonMendes.com>; Lindsay Hayes <lindsay@blackburnwirth.com>; Tyler Bixby <tyler@blackburnwirth.com>; MaczalavWalmartPRSZ12007206@blackburnwirth.filevineapp.com
**Subject:** RE: Maczala v. Walmart | Discovery Plan re Jurisdiction (TM: 24-3258)

Joey,

Please find attached a draft Stipulated Discovery Plan Regarding Jurisdiction reflecting the instructions from the Court at the hearing this morning. Please let me know if you have any revisions to this draft. Otherwise, let me know if we have your authority to affix your e-signature for submission to the Court.

Thank you,

Nicholas Psyk
**Attorney**
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
**Main:** 702.724.2648
**Direct:** 725.235.7475



**Fax**:   702.410.7684
NPsyk@tysonmendes.com
www.tysonmendes.com

*This email and any attachments are from the law firm of Tyson & Mendes, LLP.  This email is intended only for the use of the addressee and may contain information that is proprietary, confidential, privileged, or protected by state or federal law.  If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this email and attachments are prohibited.  If you received this email in error, please notify us by reply email immediately so we may arrange for the retrieval of the information.*