**TYSON & MENDES LLP**
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Email(s):  ghayes@tysonmendes.com
            npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant Walmart, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMIE MICHELLE LYNN MACZALA, individually, | Case No.: 2:24-cv-01542-APG-DJA |
| Plaintiff, | **STIPULATION TO REMAND** |
| v. | |
| WALMART, INC., a Foreign Corporation; DOE EMPLOYEES I-V; DOE MANAGERS V-X; DOES X – XX, inclusive; and ROE CORPORATIONS I – XX, inclusive, | |
| Defendants. | |

Plaintiff JAMIE MICHELLE LYNN MACZALA, ("Plaintiff") and Defendant WALMART, INC. ("Defendant") by and through their respective counsel of record, hereby stipulate and respectfully request this Court remand this matter back to the Eighth Judicial District Court for Clark County, Nevada.

Defendant removed this matter from the Eighth Judicial District Court for Clark County, Nevada on August 21, 2024 on the basis of diversity jurisdiction. Plaintiff filed her Motion to Remand this matter on August 23, 2024, arguing there was not complete diversity among the parties, alleging the DOE EMPLOYEE and DOE MANAGER described in Plaintiff's Complaint were likely Nevada citizens at the time of filing Plaintiff's Complaint. Defendant filed its Opposition to Plaintiff's Motion to Remand on September 6, 2024, and Plaintiff filed her Reply in Support on September 9, 2024.

1

The hearing on Plaintiff's Motion to Remand was held on September 19, 2024. At the hearing, the Court ordered that the parties engage in limited jurisdictional discovery to determine whether complete diversity existed between the parties. Upon further investigation, Defendant has determined that the DOE EMPLOYEE and DOE MANAGER described in Plaintiff's Complaint were citizens of Nevada at the time of filing Plaintiff's Complaint. As such, the parties hereby stipulate and respectfully request this Court remand this matter back to the Eighth Judicial District Court for Clark County, Nevada.

**IT IS SO STIPULATED.**

DATED this 30th day of September 2024

TYSON & MENDES LLP

/s/ *Griffith H. Hayes*

GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
2835 St. Rose Parkway, Suite 140
Henderson, NV 89052
*Attorneys for Defendant Walmart, Inc.*

DATED this 30th day of September 2024

BLACKBURN WIRTH, LLP

/s/ *Joseph W. Guindy*

JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
JOSEPH W. GUINDY, ESQ.
Nevada Bar No. 15556
TYLER A. BIXBY, ESQ.
Nevada Bar No. 16679
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 1, 2024